IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZYEAIR SMITH,<br><br>   Plaintiff,<br><br>vs.<br><br>HILAND ROBERTS DAIRY CO.,<br>HILAND DAIRY FOODS COMPANY,<br>L.L.C.,<br><br>   Defendants. | 8:14CV203<br><br>**ORDER** |

  The plaintiff has not responded to the defendants' motion to compel, (Filing No. 24), and the deadline for doing so has passed. The motion is therefore deemed unopposed.

  Accordingly,

  IT IS ORDERED:

1) Defendants' motion to compel, (Filing No. 24), is granted.

2) Plaintiff's full and complete answers to the defendants' discovery shall be served on or before April 29, 2015.

April 8, 2015.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge