IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZYEAIR SMITH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HILAND ROBERTS DAIRY CO., AND HILAND DAIRY FOODS COMPANY, L.L.C.,<br><br>　　　　　　Defendants. | 8:14CV203<br><br>ORDER |

A pretrial conference is scheduled in this case for December 8, 2015 and the jury trial is scheduled for December 21, 2015. Defendants' motion for summary judgment is pending.

Accordingly,

IT IS ORDERED that the pretrial conference and jury trial are continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

September 21, 2015.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge