IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ZYEAIR SMITH,                    )
                                 )
          Plaintiff,             )    8:14CV203
                                 )
     v.                          )
                                 )
HILAND ROBERTS DAIRY CO., and    )    ORDER AND JUDGMENT
HILAND DAIRY FOODS COMPANY,      )
LLC,                             )
                                 )
          Defendants.            )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendants' motion for summary judgment is granted.

2) Plaintiff's complaint is dismissed with prejudice.

DATED this 6th day of June, 2016.

                BY THE COURT:

                /s/ Lyle E. Strom

                _____
                LYLE E. STROM, Senior Judge
                United States District Court